■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN GOLDBECK, Appellant. [597 NYS2d 602] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered November 21, 1989, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered. No questions of fact have been raised or considered.

The defendant's contention that the prosecutor exercised

peremptory challenges to potential venirepersons in a racially-motivated manner, violating the standard established by *Batson v Kentucky* (476 US 79), is supported by the record *(see, People v Brown,* 193 AD2d 611 [decided herewith]).

We have examined the defendant's remaining contentions and find that they are unpreserved for appellate review or without merit. Sullivan, J. P., Balletta, Lawrence and Eiber, JJ., concur.